U.S.A. vs **Roberto Hernandez Hernandez**   No. **08mj0658**

The Court finds excludable delay, under the section indicated by check (✓), commenced on **4-1-08** and ended on **4-8-08** ; ( XT1 )

_____ and ended on _____ . (   )

**3161(h)**

___ (1)(A)   Exam or hrg for **mental or physical incapacity**   A

___ (1)(B)   **NARA exam**ination (28:2902)   B

___ (1)(D)   State or Federal trials or **other charges pending**   C

___ (1)(E)   **Interlocutory appeals**   D

___ (1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)   E

___ (1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)   F

___ (1)(J)   **Proceedings under advisement** not to exceed thirty days   G

___   Misc proc: Parole or prob rev, deportation, **extradition**   H

___ (1)(H)   **Transportation** from another district or to/from examination or hospitalization in ten days or less   6

___ (1)(I)   Consideration by Court of **proposed plea agreement**   7

___ (2)   **Prosecution deferred** by mutual agreement   I

___ (3)(A)(B)   **Unavailability of defendant** or **essential witness**   M

___ (4)   Period of **mental or physical incompetence** of defendant to stand trial   N

___ (5)   Period of **NARA commitment or treatment**   O

___ (6)   **Superseding indictment and/or new charges**   P

___ (7)   **Defendant awaiting trial of co-defendant** when no severance has been granted   R

___ (8)(A)(B)   **Continuances** granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance   T

X (8)(B)(I)   1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. **(Continuance - miscarriage of justice)**   (T1)

___   2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. **(Continuance - tendered a guilty plea)**

___ (8)(B)(ii)   2) **Case** unusual or **complex**   T2

___ (8)(B)(iii)   3) **Indictment** following arrest **cannot be filed** in thirty (30) days   T3

___ (8)(B)(iv)   4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)**   T4

___ 3161(I)   Time up to **withdrawal of guilty plea**   U

___ 3161(b)   **Grand jury indictment time extended** thirty (30) more days   W

Date **4-1-08**                                                **CAB**
                                                        Judge's Initials