AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

Roberto Hernandez-Hernandez

CASE NUMBER: 08CR1056-DMS
08MJ658

FILED
APR 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

I, __Roberto Hernandez-Hernandez__, the above named defendant, who is accused of

__8 U.S.C. §1326(a) and (b), deported alien found in the United States,__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __April 8, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Roberto Hernandez_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd