FILED
JUN 13 2008
CLERK ... DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
             DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1056-DMS |
|---|---|---|
| Plaintiff, | ) | SUPERSEDING INFORMATION |
| v. | ) | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| ROBERTO HERNANDEZ-HERNANDEZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about February 26, 2008, within the Southern District of California, defendant ROBERTO HERNANDEZ-HERNANDEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to Department of Homeland Security Agent Scott Robson that he had a legal right to enter and remain in the United States, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 6-13-08.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:an Diego
6/12/08