AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES OF AMERICA         WAIVER OF INDICTMENT

v.

ROBERTO HERNANDEZ-HERNANDEZ      CASE NUMBER: 08CR1056-DMS

I, ROBERTO HERNANDEZ-HERNANDEZ, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____6/13/08____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x ROBERTO HERNANDEZ
ROBERTO HERNANEZ-HERNANDEZ
Defendant

DAVID PETERSON
Counsel for Defendant

Before _____
JUDICIAL OFFICER